1  MAYER, BROWN, ROWE & MAW LLP
   EDWARD D. JOHNSON (SBN 189475)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306-2112
   Telephone: (650) 331-2000
4  Facsimile: (650) 331-4557
   wjohnson@mayerbrownrowe.com
5

6  MAYER, BROWN, ROWE & MAW LLP
   RICHARD J. FAVRETTO
7  1909 K Street, N.W.
   Washington, D.C. 20006
8  Telephone: (202) 263-3000
   Facsimile: (202) 263-3300
9  rfavretto@mayerbrownrowe.com

10 Attorneys for Defendant
   UNITED AIR LINES, INC.
11
   Additional Counsel Appear on Signature Page
12

13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| ANTHONY M. PAGE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC, VIRGIN ATLANTIC AIRWAYS, LTD., UNITED AIR LINES, INC., AMR CORP., and AMERICAN AIRLINES, INC.,<br><br>Defendants. | CASE NO. CV 06-04653-~~BZ~~ **CRB**<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXTEND TIME TO<br>RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1, Plaintiff Anthony M. Page and Defendants British Airways Plc, Virgin Atlantic Airways Ltd., United Air Lines, Inc., AMR Corp., and American Airlines, Inc. respectfully request that this Court enter an order extending the time in which Defendants must answer or otherwise respond to this matter until the later of (1) the date when the Defendant would otherwise be required to file a

-1-

response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re International Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on the Defendant. Plaintiff Anthony M. Page has consented to the requested extension. In support of this stipulation, the parties state:

1. The Complaint in this matter was filed on July 31, 2006. It seeks relief under the Sherman Act and the Clayton Act against five defendants on behalf of a putative class.

2. Nearly 81 similar actions have been filed in various jurisdictions around the country.

3. There is a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate and transfer actions like this one to a single venue. The JPML is considering this motion to consolidate in a matter captioned *In re Passenger Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793.

4. The parties have agreed that this stipulation does not constitute a waiver of any defenses, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

THEREFORE, the parties request that this Court order that the time in which Defendants must answer or otherwise respond to this matter is the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - CASE NO. 06-04653-BZ

No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on the Defendant.

Respectfully submitted,

Dated:  August 4, 2006         THE FURTH FIRM, LLP

/s/
Michael P. Lehmann (SBN 77152)
Jon T. King (SBN 205073)
225 Bush Street, 15th Floor
San Francisco, CA  94104-4249
T:  (415) 433-2070
F:  (415) 982-2076

*Attorneys for Plaintiff Anthony M. Page*

Dated:  August 4, 2006         MAYER, BROWN, ROWE & MAW LLP

/s/
Edward D. Johnson (SBN 189475)
Two Palo Alto Square, Suite. 300
3000 El Camino Real
Palo Alto, CA  94306
T:  (650) 331-2000
F:  (650) 331-4537

Richard J. Favretto
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC  20006

*Attorneys for Defendant United Air Lines, Inc.*

| | | |
|---|---|---|
| 1 | Dated: August 4, 2006 | SULLIVAN & CROMWELL LLP |

/s/
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA  94303
T:  (650) 461-5600
F:  (650) 461-5700

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC  20006
T:  (202) 956-7500
F:  (202) 293-6330

*Attorneys for Defendant British Airways Plc*

Dated: August 4, 2006     SIMPSON THACHER & BARTLETT LLP

/s/
Charles E. Koob (SBN 47349)
Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304
T:  (650) 251-5000
F:  (650) 251-5002

*Attorneys for Defendant Virgin Atlantic Airways Limited*

-4-

Dated: August 4, 2006               WEIL, GOTSHAL & MANGES LLP


/s/
Gayle E. Rosenstein (SBN 237975)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
T:  (650) 802-3000
F:  (650) 802-3100

*Attorneys for Defendants AMR Corporation and American Airlines, Inc.*

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: September 21, 2006

_____
Honorable Bernard Zimmerman

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-5-

# PROOF OF SERVICE

I am employed in Santa Clara County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Two Palo Alto Square, Suite 300,  Palo Alto, California  94306-2112.

On August 4, 2006, I served the foregoing document(s) described as

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

on each interested party, as follows:

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.
- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.
- ☐ by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.
- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Michael P. Lehmann<br>Jon T. King<br>THE FURTH FIRM, LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA  94104-4249 | Brendan P. Cullen<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California  94303 |
| Charles E. Koob<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, California  94304 | Daryl A. Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, NW<br>Washington, DC  20006 |

-6-

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - CASE NO. 06-04653-BZ

1  Gayle E. Rosenstein
2  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
3  201 Redwood Shores Parkway
4  Redwood Shores, California 94065

5      I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.
6
7      Executed on August 4, 2006, at Palo Alto, California.

8
9                                                      /s/
                                                    Jessica F. Davis

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-7-

STIPULATION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT - CASE NO. 06-04653-BZ